# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| MAISHA SYKES, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-cv-00794-O-BP |
| § | |
| AMERICAN AIRLINES, § | |
| § | |
| *Defendant*. § | |

## DEFENDANT'S NOTICE REGARDING REPLY BRIEF

PLEASE TAKE NOTICE that Defendant American Airlines, Inc. will not, unless otherwise requested by the Court, file a Reply Brief in support of its Motion to Dismiss [Doc. # 25]. Defendant filed its Motion to Dismiss on October 31, 2022, and Plaintiff filed her Opposition on December 9, 2022 [Doc. # 27]. The Motion is ripe for resolution.

Respectfully submitted,

/s/ Daniel E. Farrington
Daniel E. Farrington
(Member of N.D. Tex. Bar)
FISHER & PHILLIPS LLP
7501 Wisconsin Avenue, Suite 1220W
Bethesda, MD 20814
Tel: (301) 951-1538
Fax: (301) 880-5030
dfarrington@fisherphillips.com

Theanna Bezney
Texas Bar No. 24089243
FISHER & PHILLIPS LLP
500 N. Akard Street, Suite 3550
Dallas, TX 75201
Tel: (214) 220-9100
Fax: (214) 220-9122
tbezney@fisherphillips.com

Russell D. Cawyer
Texas Bar No. 00793482
Taylor J. Winn
Texas Bar No. 24115960

Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, Texas 76102
Tel: (817) 878-3562
Fax: (817) 335-2820
*russell.cawyer@kellyhart.com*
*taylor.winn@kellyhart.com*

**COUNSEL FOR DEFENDANT AMERICAN AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2022, a true and correct copy of the foregoing was filed via the Court's CM/ECF system which will provide notification hereof to all parties of record via email, as follows:

Plaintiff Maisha Sykes, *pro se*
637 Samuels Ave #1059
Fort Worth, TX 76102
*mbsstyles@gmail.com*

/s/ Daniel E. Farrington
Daniel E. Farrington