**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| MAISHA SYKES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00794-O-BP |
| § | |
| AMERICAN AIRLINES, § | |
| § | |
| Defendant. § | |

## SCHEDULING ORDER

### I. SUMMARY OF CRITICAL DATES

| | |
|---|---|
| Initial Disclosures under Fed. R. Civ. P. 26(a)(1) (¶ 1) | January 4, 2023 |
| Motions for Leave to Join Parties (¶ 2a) | February 6, 2023 |
| Motions for Leave to Amend Pleadings (¶ 2b) | May 8, 2023 |
| Initial Expert Designation & Report (¶ 3a) | May 19, 2023 |
| Responsive Expert Designation & Report (¶ 3b) | July 19, 2023 |
| Expert Objections (¶ 3c) | August 21, 2023 |
| Dispositive Motions (¶ 4) | November 2, 2023 |
| Mediation (¶ 5) | June 21, 2023 |
| Completion of Discovery (¶ 6) | September 21, 2023 |

### II. SCHEDULING INSTRUCTIONS

Under Rule 16(b) of the Federal Rules of Civil Procedure and the local rules of this Court (except as modified by this Order), the Court, having considered the status reports submitted by the parties, if any, finds that the following schedule should govern the disposition of this case:

Unless otherwise specified in this Order, all limitations and requirements of the Federal Rules of Civil Procedure and the local rules of this Court must be observed.

**Please note that the Court has attempted to adhere to the schedule requested by the parties, if any. In so doing, the Court assumes that the parties thoroughly discussed scheduling issues prior to submitting their status report and that the parties understand that the deadlines imposed in this Order are firmly in place, absent the few exceptions set forth below.**

1. **Initial Disclosures**: By **January 4, 2023,** the parties shall serve all disclosures required by Rule 26(a)(1), Federal Rules of Civil Procedure. (Unless otherwise noted, all references to Rules in this Order shall refer to the Federal Rules of Civil Procedure). As provided by the Rule, these disclosures shall not be filed with the Clerk of the Court.

2. a. **Joinder of Parties**: By **February 6, 2023**, all motions requesting leave to join additional parties shall be filed.

    b. **Amendment of Pleadings**: By **May 8, 2023**, all motions for leave to amend pleadings shall be filed.

3. **Experts**:

    a. **Initial Designation of Expert(s)**: Unless otherwise stipulated or directed by order, the party with the burden of proof on the issue subject to the expert designation shall file a written designation of the name and address of each **expert witness** who will testify at trial for that party and shall otherwise comply with Rule 26(a)(2) on or before **May 19, 2023**.

    b. **Responsive Designation of Expert(s)**: Each party without the burden of proof on the issue subject to expert designation shall file a written designation of the name and address of each **expert witness** who will testify at trial for that party and shall otherwise comply with Rule 26(a)(2) on or before **July 19, 2023**.

    c. **Challenges to Experts**: The parties are directed to file any objections to, or motions to strike or exclude expert testimony (including *Daubert* motions), on or before **August 21, 2023**. *No challenges to experts shall be filed prior to July 20, 2023 without obtaining leave of court.*

4. **Dispositive Motions**: By **November 2, 2023**, all motions that would dispose of all or any part of this case (including **motions for summary judgment**) shall be filed.

5. **Mediation Deadline**: The parties shall jointly select a mediator and mediate on or before **June 21, 2023**. Within **seven days** after the mediation, the parties shall **jointly prepare and file a written report**, which shall be signed by counsel for each party and by any unrepresented party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the effect of their mediation and whether this case has been settled by agreement of the parties.

6. **Completion of Discovery**: By **September 21, 2023**, all discovery—including discovery concerning expert witnesses—shall be completed. The parties may agree to extend this discovery deadline, provided (a) the extension **does not affect** the trial setting, dispositive motions deadline, challenges to experts deadline, or pretrial submission dates; and (b) written notice of the extension is given to the Court.

7. **Trial Date and Remaining Pretrial Schedule**: This case was referred to the undersigned United States Magistrate Judge for pretrial management. The United States District Judge will set the trial date and the dates for the remaining pretrial schedule in a subsequent order.

8. **Electronic Filing Procedures**: This case has been designated for enrollment in the Electronic Case Filing System (CM/ECF). (For more information on the ECF system, please see http://www.txnd.uscourts.gov/filing/ecf.html). Now that the case is designated an ECF case, all documents must be filed electronically. Proposed orders are **required** to be submitted with **EVERY** motion. (Modification to Local Rule 7.1(c)). Proposed orders must be submitted via e-mail in a Word or WordPerfect-compatible format as instructed in the CM/ECF system's "Proposed Orders" Event. The proposed orders must be **e-mailed** to: ray_orders@txnd.uscourts.gov. Include the case number and the document number of the referenced motion in the subject line.

9. **Citations**: All briefs filed with the Court shall comply with the most recent edition of *The Bluebook: A Uniform System of Citation*. Particularly, counsel and any unrepresented party are directed to provide, where applicable, the subsections of cited statutes, and to provide pinpoint citations when citing cases.

10. **Notice**: Each attorney of record and any unrepresented party must review and adhere to the Local Civil Rules of the Northern District of Texas, available at http://www.txnd.uscourts.gov/rules/localrules/lr_civil.html. Additionally, each attorney of record and any unrepresented party must review and abide by the standards of litigation conduct for attorneys appearing in civil actions in the Northern District of Texas, as outlined in *Dondi Properties Corp. v. Commerce Savings & Loan*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), available at http://www.txnd.uscourts.gov/publications/index.html.

11. **Inquiries**:  Questions relating to this scheduling order or legal matters should be presented in a motion, as appropriate. Questions regarding electronic notice or electronic case files shall be directed to the **Help Desk at 1-866-243-2866**.

It is so **ORDERED** on December 29, 2022.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE