

## JACKSON SPENCER LAW

Jennifer Spencer  
Managing Partner  
Three Forest Plaza  
12221 Merit Drive, Suite 160  
Dallas, Texas 75251

(972) 458-5301 Main  
(972) 458-5304 Direct  
(972) 770-2156 Fax  
jspencer@jacksonspencerlaw.com

August 27, 2020

*Via Email EEOIntake@twc.state.tx.us*

Texas Workforce Commission  
Civil Rights Division  
101 E. 15th St., Rm. 144-T  
Austin, TX 78778-0001

      Re:    Maisha Sykes vs. American Airlines

Dear Madam or Sir:

      This firm has been retained by Maisha Sykes with respect to her attached Charge of Discrimination against American Airlines (the "Company"). We believe the Company discriminated against Maisha Sykes on the basis of race, color, and national origin in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Texas Commission on Human Rights Act ("TCHRA"). Attached is a Charge of Discrimination. Going forward, please direct all communications regarding this matter to me and to Neal Bridges at nbridges@jacksonspencerlaw.com.

      HR contact for company: Margaret Barnes, rr1@apfa.org

      Adverse Action: Discharge/termination

                                Sincerely,

                                Jennifer Spencer

DocuSign Envelope ID: A47714BB-956E-4EF8-9A40-4CDB7C6BD5D3

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See excluded Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge Number(s): |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |

**Texas Workforce Commission - Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Maisha Sykes | 310-598-8438 | 01/09/1982 |

Street Address
City, State and ZIP Code

2808 McKinney Avenue #638, Dallas, Texas 75204

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| American Airlines | 15+ | 817-963-1234 |

Street Address
City, State and ZIP Code

P.O. Box 619616 DFW Airport, Texas 75261-9616

**DISCRIMINATION BASED ON**

☑ RACE   ☑ COLOR   ☐ SEX   ☐ RELIGION   ☑ NATIONAL ORIGIN
☑ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE:**
Earliest: 06/2014
Latest: 01/09/2020
☐ CONTINUING ACTION

**THE PARTICULARS ARE:**

## I. PERSONAL HARM:

I have retained Jackson Spencer Law to represent me in this matter. I am African American. I began working for the Company in June 2014 as a Flight Attendant. Despite my good performance, my supervisors consistently dismissed my complaints of race, color, and national origin discrimination, which I experienced on a regular basis from certain passengers and Company management. None of my supervisors, including my supervisor as of April 2019, Flight Service Manager Terri Poole, who is Anglo-Caucasian, took any action to even investigate my complaints of discriminatory treatment.

On July 29, 2019, Flight Attendant Rhonda Curtwright, who is Anglo-Caucasian, stated, "American hires anybody," "I don't know why American hires you people," and "I don't understand you people" to me while on a commuting flight. Offended and upset by Curtwright's comment, I reported the comment to Poole as well as my Union Representative Lisa Bales, Anglo-Caucasian the same day via email. The next day, Poole emailed me, "I apologize that you were treated so rudely," and then stated that behavior was not "the way we would like" me to be treated. However, no investigation ensued from my complaint.

In mid-August to early September 2019, I met with Flight Service Manager Victor Rendon, who is Anglo-Caucasian, Bales, and Poole to discuss the events of July 29. Rendon dismissed my concerns and did not acknowledge my complaint to Poole and Bales made the same day of the incident. Additionally, Bales showed me a printed email from Flight Attendant Steve Flores, who is Anglo-Caucasian, to Rendon, describing me as "dangerous" and "angry." Rendon then revoked my badge and stated that the Company would be completing an investigation of the incident. I was distressed at Rendon's statements and actions. I asked why I had not been called in a month prior when I had reported Curtwright's discriminatory comments, why Flores had not been reprimanded for his discriminatory comments in his letter, and if the alleged investigation was retaliatory in nature. Rendon refused to answer my questions.

In early November 2019, Rendon scheduled a meeting with me, whereupon I reached out to Poole, who told me that Rendon had not asked for any input from her before the meeting. On November 11, 2019, Rendon called me into a meeting with APFA President Margaret Barnes, who is Anglo-Caucasian. Rendon stated the Company was terminating me for just cause and told me that I "did not deserve" my job. When I asked why my current supervisor, Poole, was not asked for any input or even interviewed, Rendon responded that Poole had been "newly hired." I also asked why my complaint of discriminatory treatment by Curtwright had not been investigated, but Rendon was unable to provide a response. Barnes then asked Rendon to rewrite my termination letter, which she called "one-sided." I asked Rendon why he had sided with Flores' letter. Barnes then asked Rendon to step out of the meeting and told me that Rendon thought my report was "fabricated."

On January 9, 2020, I attended a grievance meeting with Barnes, Director of Flight Service Tim McMahan, and Andy Patterson, all of whom are Anglo-Caucasian. When Barnes presented the evidence of Curtwright's discriminatory statements to me and argued that Curtwright's statements were completely unwarranted and discriminatory, Patterson began to speak on my behalf. Immediately after Patterson began to speak, McMahan waved his hand, silencing Patterson, then stated that he did not see any problem with Curtwright having referred to me as "you people." My grievance was then rejected because Barnes believed that my complaint would not be upheld at a disciplinary hearing or arbitration due to my past repeated complaints.

*continued on next page*

DocuSign Envelope ID: A47714BB-956E-4EF8-9A40-4CDB7C6BD5D3

*continued from previous page*

THE PARTICULARS ARE:

**I. PERSONAL HARM:** *(continued)*

**II. RESPONDENT'S REASON FOR ADVERSE ACTION:**

I "did not deserve" my job.

**III. DISCRIMINATION STATEMENT:**

The Company has discriminated against me because of my race, color, and national origin and in retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Texas Commission on Human Rights Act ("TCHRA").

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

8/26/2020
Date

DocuSigned by:
23579BF72B3F495...
Charging Party Signature

## Palacios, Claudia

| | |
|---|---|
| **From:** | Gonzalez Jr,Roberto <roberto.gonzalezjr@twc.state.tx.us> |
| **Sent:** | Friday, September 4, 2020 2:55 AM |
| **To:** | Palacios, Claudia |
| **Subject:** | TWCCRD Inquiry Transfers |
| **Attachments:** | 2020-09-04 TWCCRD Transfer Square.pdf; 2020-09-04 TWCCRD Transfer Sykes.pdf; 2020-09-04 TWCCRD Transfer Steele.pdf; 2020-09-04 TWCCRD Transfer Linecum.pdf |

**CAUTION:** This email originated from outside of the City of Fort Worth email system. Do not click any links or open attachments unless you recognize the sender and know the content is safe.

Ma'am, please see the attached for the following inquiries:

Carissa Dawn Delannie Square v. J. Allen Management Co
Maisha Sykes v. American Airlines
Raymond P. Steele Jr.v. Girling Healthcare, Inc
Elisabeth R. Lincecum v. Ross and Matthew P.C.


Semper Fidelis

*Roberto Gonzalez, JR.*
Employment Intake Supervisor
Texas Workforce Commission - Civil Rights Division
101 E. 15th Street, Guadalupe/CRD, Austin, TX 78778
p: 512/463.7693
f: 512/482.8465

1

September 4, 2020

## Transfer Recommendation

After thoroughly reviewing the Employment Discrimination Complaint Form for the case, **Maisha Sykes v. American Airliens**, submitted on 8/27/2020, I recommend a **transfer** with code **6b - FEPA transfer to City of Fort Worth**. I have performed the below listed actions and have the following notes on this case:

> CP first filed an inquiry back in July 2020. We transferred that to Fort Worth b/c CP reported to work at a building within city of Fort Worth. Then CP attorney sent a charge on 08/27/20. I replied to attorney informing that we transferred the CPs initial complaint and because this is a charge (time sensitive), they should reach out to Fort Worth to file their charge and I provided them the Fort Worth EEO office info.

Submitted by Erica Lozano

## Lozano, Erica M

| | |
|---|---|
| From: | Lozano, Erica M |
| Sent: | Friday, August 28, 2020 2:44 PM |
| To: | Amanda Porter; EEO Intake |
| Cc: | Jennifer Spencer; James Hunnicutt; Neal Bridges; Audrey Olena; Sophia Patterson |
| Subject: | RE: Charge of Discrimination for Maisha Sykes |
| Attachments: | 2020-07-15 Inquiry Styles.pdf |

Good afternoon:

On 07/14/20, TWCCRD received the attached inquiry which lists Complainant's (CP) employer as a Fort Worth address. We transferred that complaint to Fort Worth. If CP reported to work at a building that was within the city limits of Fort Worth as she previously indicated, we cannot process an inquiry or Charge. The Charge would need to be sent to Fort Worth Office of Diversity and Inclusion. We transferred CP's initial July inquiry to Fort Worth. You would want to direct this Charge to Fort Worth on your own due to timely filing necessity.

We appreciate your time and inquiry; it is a pleasure to serve. Have a good day.

Kindly,

*Erica Lozano*

Employment Intake Specialist
Texas Workforce Commission - Civil Rights Division
101 E. 15th Street, Guadalupe/CRD, Austin, TX 78778
Ph: (512) 756-3411

CHAPTER 301. TEXAS WORKFORCE COMMISSION
SUBCHAPTER I. CIVIL RIGHTS DIVISION
(c) The commission shall administer Chapter 21...

CHAPTER 21. EMPLOYMENT DISCRIMINATION
SUBCHAPTER B. UNLAWFUL EMPLOYMENT PRACTICES
Sec. 21.051. DISCRIMINATION BY EMPLOYER. An employer commits an unlawful employment practice if because of race, color, disability, religion, sex, national origin, or age the employer:

(1) fails or refuses to hire an individual, discharges an individual, or discriminates in any other manner against an individual in connection with compensation or the terms, conditions, or privileges of employment; or

(2) limits, segregates, or classifies an employee or applicant for employment in a manner that would deprive or tend to deprive an individual of any employment opportunity or adversely affect in any other manner the status of an employee.

**From:** Amanda Porter <aporter@jacksonspencerlaw.com>
**Sent:** Thursday, August 27, 2020 1:16 PM
**To:** EEO Intake <eeointake@twc.texas.gov>
**Cc:** Jennifer Spencer <jspencer@jacksonspencerlaw.com>; James Hunnicutt <jhunnicutt@jacksonspencerlaw.com>; Neal Bridges <nbridges@jacksonspencerlaw.com>; Audrey Olena <aolena@jacksonspencerlaw.com>; Sophia Patterson <spatterson@jacksonspencerlaw.com>
**Subject:** Charge of Discrimination for Maisha Sykes

1

**CAUTION:** Email not from TWC System. Use care when clicking links and opening attachments.

Please see the attached Letter of Representation and signed TWC Charge of Discrimination for our client, Maisha Sykes. Should you need additional information, please contact me at 972-458-5301.

Sincerely,

*Mandi Porter*
Paralegal
**Jackson Spencer Law pllc**
Three Forest Plaza
12221 Merit Drive, Suite 160
Dallas, Texas 75251
aporter@jacksonspencerlaw.com
972.301.2937 (phone)
972.770.2156 (fax)

2



# JACKSON SPENCER LAW

Jennifer Spencer  
Managing Partner  
Three Forest Plaza  
12221 Merit Drive, Suite 160  
Dallas, Texas 75251

(972) 458-5301 Main  
(972) 458-5304 Direct  
(972) 770-2156 Fax  
jspencer@jacksonspencerlaw.com

August 27, 2020

*Via Email EEOIntake@twc.state.tx.us*

Texas Workforce Commission  
Civil Rights Division  
101 E. 15th St., Rm. 144-T  
Austin, TX 78778-0001

    Re:    Maisha Sykes vs. American Airlines

Dear Madam or Sir:

    This firm has been retained by Maisha Sykes with respect to her attached Charge of Discrimination against American Airlines (the "Company"). We believe the Company discriminated against Maisha Sykes on the basis of race, color, and national origin in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Texas Commission on Human Rights Act ("TCHRA"). Attached is a Charge of Discrimination. Going forward, please direct all communications regarding this matter to me and to Neal Bridges at nbridges@jacksonspencerlaw.com.

    HR contact for company: Margaret Barnes, rr1@apfa.org

    Adverse Action: Discharge/termination

                                  Sincerely,

                                  Jennifer Spencer

**Texas Workforce Commission Civil Rights Division**
Please return this form by:
Mail: 101 East 15th Street, Guadalupe-CRD, Austin, TX 78778-0001
Email: EEOIntake@twc.state.tx.us
Telephone: (888) 452-4778 or
Fax: (512) 463-2643 or (512) 463-2755

TWCCRD#:

EEOC#:

Please indicate if you have previously filed this complaint with any of the agencies below:
☐ Texas Workforce Commission Civil Rights Division (TWCCRD)
☐ Equal Employment Opportunity Commission (EEOC)
☐ City of Austin Equal Employment and Fair Housing Office
☐ Corpus Christi Human Relations Division
☐ Fort Worth Human Relations Department

DATE RECEIVED (For Office Use Only):

Please be sure you provide all the information requested. For Assistance, send an E-mail to EEOIntake@twc.state.tx.us or call us at (888) 452-4778. (Ofrecemos asistencia en Español)

Complainant Full Name: MAISHA SYKES
Address Line 1: 2808 MCKINNEY AVE 438
Address Line 2:
City/State/Zip: DALLAS, TX 75204
Home Phone #:
Other Phone #: 310-598-8438
Email: MBSSTYLES@GMAIL.COM
Preferred Form of Contact: (Please check)
☒ E-mail  ☐ Telephone

Complainant Representative (Optional): (If you are represented by an attorney, please have them submit a letter of representation):
Jackson Spencer Law
Address Line 1: 12221 MERIT DRIVE 1160
Address Line 2:
City/State/Zip: DALLAS, TX 75251
Phone #: 972-458-5301
Fax #: JSpencer@JacksonSpencerLaw.com

Date Hired: 6-2014  Position held: FLIGHT ATTENDANT
Still employed? ☐ Yes ☒ No

Name of Employer (Please be sure to give the complete Company name and address where you physically worked)
American Airlines
Company Address
Address Line 1: 4255 AMON CARTER BLVD
Address Line 2: Fort Worth, TX 76155
City/State/Zip:
Phone #: 817-963-1234

15 or more employees: ☒ Yes ☐ No

HR Personnel Officer/EEO Officer/or Highest Ranking Officer on work site:

Company Officer Address
Address Line 1:
Address Line 2:
City/State/Zip:
Phone #:

| BASIS: I believe I have been discriminated against in violation of state law (Texas Labor Code, Chapter 21) and federal law (ADEA, GINA, Title VII, ADAAA), as follows: | ☐ Age (You must be 40 years of age or older to qualify): Date of Birth: 7/19/82 Month/day/year Age at time of incident: ___ | Color (Based on skin color): ☒ Black ☐ Brown ☐ White ☐ Other: | Disability: ☐ Disabled ☐ History of disability ☐ Regarded as disabled (Pregnancy is NOT a disability unless you are regarded as disabled.) |
|---|---|---|---|
| **Please mark only the basis you believe were the reasons you were discriminated.** | ☐ GINA (Genetic Information Non-discrimination Act) | National Origin: ☒ African-American ☐ Anglo/Caucasian ☐ East Indian ☐ Hispanic ☐ Mexican ☐ Other: | Race: ☐ American Indian/Alaskan Native ☐ Asian/Pacific Islander ☒ Black ☐ White ☐ Other: |
| **EXAMPLE: If your treatment was because of your race, then check only the box by your race.** | ☐ Religion: ☐ Baptist ☐ Catholic ☐ Jewish ☐ Muslim ☐ Other: | Retaliation: ☐ Assisted another filing discrimination ☐ Filed a complaint of discrimination ☐ Participated in discrimination investigation. ON THIS DATE: __/__/__ Month/day/year | Sex: ☒ Female ☐ Female/Pregnancy ☐ Male |

Form 1050                                                                                                    Revised: 03/2017

**Employment Harm or Action (Mark all that apply)**

- [ ] Demotion (D1)
- [ ] Discharge (D2)
- [ ] Discipline (D3)
- [ ] Harassment (H1)
- [ ] Hiring (H2)
- [ ] Layoff (L1)
- [ ] Promotion (P3)
- [ ] Reasonable Accommodation (R6)
- [ ] Severance Pay (B4)
- [ ] Sexual Harassment (S4)
- [ ] Suspension (S5)
- [ ] Terms & Conditions (T2)
- [ ] Training (T4)
- [ ] Wages (W1)
- [ ] Other

*The following questions are regarding the employment harms or actions taken against you. Each incident must be within 180 days of the date you submit your complaint to the TWC CRD.*

**DATE(S) DISCRIMINATION TOOK PLACE (Month/Day/Year)**
Earliest: (Month/Day/Year) 2-24-2019
Latest: (Month/Day/Year)
[ ] CONTINUING ACTION

**Name and Position Title of person(s) who did the harm:**
Victor Rendon
Steve Flores
Rhonda Cartwright

**(If filing under race, color, national origin, religion, sex, age, please provide the race, color, national origin, religion, sex, or age of the person(s) discriminating against you.)**
Caucasian

**Did you complain of discrimination to your employer?** ☑ Yes ☐ No
If Yes, date of complaint: __/__/__ (Month/Day/Year)

**Name and Position Title of person(s) you complained to:**
MARGARET BARNES - UNION PRESIDENT APFA

**Explain why you believe the employment harm(s) and/or action(s) were discriminatory:**

I was referred to as angry, dangerous, and "you people" by a white colleague. The letter was accepted by the supervisor who terminated me and stated that I did not deserve my job. The employee was not reprimanded for his biased remarks.

**Employer's reason for its action:**

Just Cause

**Are there other employees treated more fairly than you?** ☑ Yes ☐ No
If Yes, please provide the information below:

| Full Name and Position Title | (If filing under race, color, national origin, religion, sex, and/or age, please provide the race, color, national origin, religion, sex, or age of the person(s) treated more fairly than you.) |
|---|---|
| Steve Flores  Flight Attendant | Caucasian |
| Rhonda Cartwright  Flight Attendant | Caucasian |



What are you seeking as a resolution to your case?
I am seeking approval of my unemployment from 7-2019 until late

What is the most convenient method to contact you:
☑ Email: MBSStyles@gmail.com  ☐ Telephone: ( )

**Submitting this Complaint Form DOES NOT represent filing a formal Charge of Discrimination**

DocuSign Envelope ID: A47714BB-956E-4EF8-9A40-4CDB7C6BD5D3

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See excluded Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge Number(s): |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |

**Texas Workforce Commission - Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Maisha Sykes | 310-598-8438 | 01/09/1982 |

Street Address
City, State and ZIP Code

2808 McKinney Avenue #638, Dallas, Texas 75204

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| American Airlines | 15+ | 817-963-1234 |

Street Address
City, State and ZIP Code

P.O. Box 619616  DFW Airport, Texas 75261-9616

**DISCRIMINATION BASED ON**
☑ RACE   ☑ COLOR   ☐ SEX   ☐ RELIGION   ☑ NATIONAL ORIGIN
☑ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE:**
Earliest: 06/2014
Latest: 01/09/2020
☐ CONTINUING ACTION

THE PARTICULARS ARE:
## I. PERSONAL HARM:

I have retained Jackson Spencer Law to represent me in this matter. I am African American. I began working for the Company in June 2014 as a Flight Attendant. Despite my good performance, my supervisors consistently dismissed my complaints of race, color, and national origin discrimination, which I experienced on a regular basis from certain passengers and Company management. None of my supervisors, including my supervisor as of April 2019, Flight Service Manager Terri Poole, who is Anglo-Caucasian, took any action to even investigate my complaints of discriminatory treatment.

On July 29, 2019, Flight Attendant Rhonda Curtwright, who is Anglo-Caucasian, stated, "American hires anybody," "I don't know why American hires you people," and "I don't understand you people" to me while on a commuting flight. Offended and upset by Curtwright's comment, I reported the comment to Poole as well as my Union Representative Lisa Bales, Anglo-Caucasian the same day via email. The next day, Poole emailed me, "I apologize that you were treated so rudely," and then stated that behavior was not "the way we would like" me to be treated. However, no investigation ensued from my complaint.

In mid-August to early September 2019, I met with Flight Service Manager Victor Rendon, who is Anglo-Caucasian, Bales, and Poole to discuss the events of July 29. Rendon dismissed my concerns and did not acknowledge my complaint to Poole and Bales made the same day of the incident. Additionally, Bales showed me a printed email from Flight Attendant Steve Flores, who is Anglo-Caucasian, to Rendon, describing me as "dangerous" and "angry." Rendon then revoked my badge and stated that the Company would be completing an investigation of the incident. I was distressed at Rendon's statements and actions. I asked why I had not been called in a month prior when I had reported Curtwright's discriminatory comments, why Flores had not been reprimanded for his discriminatory comments in his letter, and if the alleged investigation was retaliatory in nature. Rendon refused to answer my questions.

In early November 2019, Rendon scheduled a meeting with me, whereupon I reached out to Poole, who told me that Rendon had not asked for any input from her before the meeting. On November 11, 2019, Rendon called me into a meeting with APFA President Margaret Barnes, who is Anglo-Caucasian. Rendon stated the Company was terminating me for just cause and told me that I "did not deserve" my job. When I asked why my current supervisor, Poole, was not asked for any input or even interviewed, Rendon responded that Poole had been "newly hired." I also asked why my complaint of discriminatory treatment by Curtwright had not been investigated, but Rendon was unable to provide a response. Barnes then asked Rendon to rewrite my termination letter, which she called "one-sided." I asked Rendon why he had sided with Flores' letter. Barnes then asked Rendon to step out of the meeting and told me that Rendon thought my report was "fabricated."

On January 9, 2020, I attended a grievance meeting with Barnes, Director of Flight Service Tim McMahan, and Andy Patterson, all of whom are Anglo-Caucasian. When Barnes presented the evidence of Curtwright's discriminatory statements to me and argued that Curtwright's statements were completely unwarranted and discriminatory, Patterson began to speak on my behalf. Immediately after Patterson began to speak, McMahan waved his hand, silencing Patterson, then stated that he did not see any problem with Curtwright having referred to me as "you people." My grievance was then rejected because Barnes believed that my complaint would not be upheld at a disciplinary hearing or arbitration due to my past repeated complaints.

*continued on next page*

DocuSign Envelope ID: A47714BB-956E-4EF8-9A40-4CDB7C6BD5D3
*continued from previous page*

THE PARTICULARS ARE:
**I. PERSONAL HARM:** *(continued)*

**II. RESPONDENT'S REASON FOR ADVERSE ACTION:**

I "did not deserve" my job.

**III. DISCRIMINATION STATEMENT:**

The Company has discriminated against me because of my race, color, and national origin and in retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Texas Commission on Human Rights Act ("TCHRA").

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will Cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

8/26/2020
Date

—DocuSigned by—
23579BF72B3F498... Charging Party Signature

Page 2 of 2

**Texas Workforce Commission Civil Rights Division**
Please return this form by:
Mail: 101 East 15th Street, Guadalupe CRD, Austin, TX 78778-0001
Email: EEOIntake@twc.state.tx.us
Telephone: (888) 452-4778 or
Fax: (512) 463-2643 or (512) 463-2755

TWCCRD#: _____
EEOC#: _____

Please indicate if you have previously filed this complaint with any of the agencies below:
☐ Texas Workforce Commission Civil Rights Division (TWCCRD)
☐ Equal Employment Opportunity Commission (EEOC)
☐ City of Austin Equal Employment and Fair Housing Office
☐ Corpus Christi Human Relations Division
☐ Fort Worth Human Relations Department

DATE RECEIVED (For Office Use Only):

Please be sure you provide all the information requested. For Assistance, send an E-mail to EEOIntake@twc.state.tx.us or call us at (888) 452-4778. (Ofrecemos asistencia en Español)

| | |
|---|---|
| **Complainant Full Name:** MAISHA SYKES<br>Address Line 1: 2808 MCKINNEY AVE 638<br>Address Line 2:<br>City/State/Zip: DALLAS, TX 75204<br>Home Phone #:<br>Other Phone #: 310-598-8438<br>Email: MBSSTYLES@gmail.com<br>Preferred Form of Contact: (Please check)<br>☒ E-mail  ☐ Telephone | **Complainant Representative (Optional):** (If you are represented by an attorney, please have them submit a letter of representation):<br>Jackson Spencer Law<br>Address Line 1: 12221 Merit Drive 1600<br>Address Line 2:<br>City/State/Zip: Dallas, TX 75251<br>Phone #: 972-458-5301<br>Fax #:<br>JSpencer@JacksonSpencerLaw.com |
| **Date Hired:** 6-2014  **Position held:** FLIGHT ATTENDANT<br>Still employed? ☐ Yes ☒ No | **HR Personnel Officer/EEO Officer/or Highest Ranking Officer on work site:** |
| **Name of Employer** (Please be sure to give the complete Company name and address where you physically worked)<br>AMERICAN AIRLINES<br>Company Address<br>Address Line 1: 4255 AMON CARTER BLVD<br>Address Line 2: Fort Worth, TX 76155<br>City/State/Zip:<br>Phone #: 817-963-1234 | **15 or more employees:** ☒ Yes ☐ No<br><br>**Company Officer Address**<br>Address Line 1:<br>Address Line 2:<br>City/State/Zip:<br>Phone #: |

| BASIS: I believe I have been discriminated against in violation of state law (Texas Labor Code, Chapter 21) and federal law (ADEA, GINA, Title VII, ADAAA), as follows: | ☐ Age (You must be 40 years of age or older to qualify):<br>Date of Birth: 7-19-82<br>Month/day/year<br>Age at time of incident: | ☐ Color (Based on skin color):<br>☒ Black<br>☐ Brown<br>☐ White<br>☐ Other: | ☐ Disability:<br>☐ Disabled<br>☐ History of disability<br>☐ Regarded as disabled<br>(Pregnancy is NOT a disability unless you are regarded as disabled.) |
|---|---|---|---|
| **Please mark only the basis you believe were the reasons you were discriminated.** | ☐ GINA<br>(Genetic Information Non-discrimination Act) | ☐ National Origin:<br>☒ African-American<br>☐ Anglo/Caucasian<br>☐ East Indian<br>☐ Hispanic<br>☐ Mexican<br>☐ Other: | ☐ Race:<br>☐ American Indian/Alaskan Native<br>☐ Asian/Pacific Islander<br>☒ Black<br>☐ White<br>☐ Other: |
| **EXAMPLE:** If your treatment was because of your race, then check only the box by your race. | ☐ Religion:<br>☐ Baptist<br>☐ Catholic<br>☐ Jewish<br>☐ Muslim<br>☐ Other: | ☐ Retaliation:<br>☐ Assisted another filing discrimination<br>☐ Filed a complaint of discrimination<br>☐ Participated in discrimination investigation.<br>**ON THIS DATE:**<br>__/__/__<br>Month/day/year | ☐ Sex:<br>☒ Female<br>☐ Female/Pregnancy<br>☐ Male |

Revised: 03/2017

**Employment Harm or Action (Mark all that apply)**

- [ ] Demotion (D1)
- [ ] Discharge (D2)
- [ ] Discipline (D3)
- [ ] Harassment (H1)
- [ ] Hiring (H2)
- [ ] Layoff (L1)
- [ ] Promotion (P1)
- [ ] Reasonable Accommodation (R6)
- [ ] Severance Pay (B5)
- [ ] Sexual Harassment (S4)
- [ ] Suspension (S5)
- [ ] Terms & Conditions (T2)
- [ ] Training (T4)
- [x] Wages (W1)
- [ ] Other:

The following questions are regarding the employment harm or action taken against you. (Each incident must be within 180 days of the date you submit your complaint to the TWCCRD.)

**DATE(S) DISCRIMINATION TOOK PLACE (Month/Day/Year)**
Earliest (Month/Day/Year): 7-24-2019
Latest (Month/Day/Year): /  /
[ ] CONTINUING ACTION

**Name and Position Title of person(s) who did the harm:**
Victor Rendon
Steve Flores
Rhonda Cartwright

**(If filing under race, color, national origin, religion, sex, age, please provide the race, color, national origin, religion, sex, or age of the person(s) discriminating against you:)**
Caucasian

**Did you complain of discrimination to your employer?** [x] Yes [ ] No
If Yes, date of complaint: __/__/__ (Month/Day/Year)

**Name and Position Title of person(s) you complained to:**
MARGARET BARNES — UNION PRESIDENT APFA

**Explain why you believe the employment harm(s) and/or action(s) were discriminatory:**

I was referred to as angry, dangerous, and "you people" by a white colleague. The letter was accepted by the supervisor who terminated me and stated that I did not deserve my job. The employee was not reprimanded for his biased remarks.

**Employer's reason for its action:**

Just Cause

**Are there other employees treated more fairly than you?** [x] Yes [ ] No
If Yes, please provide the information below:

| Full Name and Position Title | (If filing under race, color, national origin, religion, sex, and/or age, please provide the race, color, national origin, religion, sex, or age of the person(s) treated more fairly than you.) |
|---|---|
| Steve Flores    Flight Attendant | Caucasian |
| Rhonda Cartwright   Flight Attendant | Caucasian |
|  |  |



What are you seeking as a resolution to your case?

I am seeking approval of my unemployment from 11-2019 until [illegible]

What is the most convenient method to contact you:

☑ Email: MBSStyLes@gmail.com  ☐ Telephone: ( )

**Submitting this Complaint Form DOES NOT represent filing a formal Charge of Discrimination**