IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

MAISHA SYKES,
Plaintiff,
v.

Civil Action No. 4:22-cv-00794-O-BP

AMERICAN AIRLINES,
Defendant.

## PROOF OF TIMELINESS FILING STATUS

Correspondence (Document Number 46) serves as proof of timeliness regarding the Charge of Discrimination against American Airlines / American Airlines Inc. Please review correct dates, emails, transfers and signed documents from EEOC, TWCCRD, Legal Representation & TWC Civil Rights Division.


Respectfully,

*Maisha B. Sykes*